UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONSTANCE SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | )  NO. 3:19-cv-00725 |
| HENRY QUEENER, et al., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is a Report and Recommendation from Magistrate Judge Brown (Doc. No. 22) recommending that the Court grant Plaintiff's Motion to Dismiss Defendant Henry Queener (Doc. No. 6) and deny the Motion to Rescind that motion (Doc. No. 19) as moot. Magistrate Judge Brown explains that the parties agreed to the dismissal of Queener without prejudice at the scheduling conference. No objections have been filed.

The Report and Recommendation (Doc. No. 22) is **APPROVED AND ADOPTED**, the Motion to Dismiss (Doc. No. 6) is **GRANTED** and the Motion to Rescind (Doc. No. 19) is **DENIED AS MOOT**. State Farm Insurance Company remains as Defendant in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE