# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONSTANCE SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:19-cv-00725 |
| HENRY QUEENER, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Smith commenced this action in the Davidson County Circuit Court and State Farm Insurance Company (the only remaining defendant) removed it to this Court on the basis of diversity jurisdiction. (Doc. No. 1 at ¶ 7.) Remand is the proper course of action because, "as a United States Citizen residing in Bermuda, Smith [can] not establish diversity jurisdiction." Smith v. Queener, No. 17-5770, 2018 WL 3344176, at *2 (6th Cir. Jan. 4, 2018). "In order to be a citizen of a State within the meaning of the diversity statute, a natural person must both be a citizen of the United States and be domiciled within the State." Id. As the Sixth Circuit noted, Smith, as a resident of Bermuda, is "'stateless' for purposes of [diversity jurisdiction]." Id.

This case is **REMANDED** to the Circuit Court for Davidson County, Tennessee.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE